# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**Henry Kurz Consulting GmbH**
*Plaintiff*

v.

**Configair LLC et al**
*Defendant*

Case No. **3:18-cv-01377-JBA**

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Henry Kurz, and Henry Kurz Consulting GmbH**.

Date: **Jun 07, 2019**

**/s/ Joshua B. Kons**
*Attorney's signature*

**Joshua B. Kons (ct29159)**
*Printed name and bar number*

**92 Hopmeadow Street, Lower Level**
**Weatogue, CT 06089**
*Address*

**joshuakons@konslaw.com**
*E-mail address*

**860-920-5181**
*Telephone number*

**860-920-5174**
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on **Jun 07, 2019**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joshua B. Kons

*Attorney's signature*